The People of the State of New York ex rel. Charles L. Finch Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Writ dismissed, and determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

The People of the State of New York ex rel. Jacob Storch, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

Marie Ragot, Respondent, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

C. Walter Randall, Respondent, v. George B. Wix, Appellant.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

Arthur H. Waterman, Appellant, v. Fort Masonry Company and Standard Building Supply Company, Inc., Respondents.— Judgment affirmed, with costs to each defendant. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

Emma C. Woentz, Appellant, v. The City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

Charles W. McQuirk, Appellant, v. Charles Kammermeyer, as City Clerk of the City of New Rochelle, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

John W. Block, Jr., Respondent, v. Doris K. Block and Others, Defendants. F. W. Hottenroth, Intervenor, Appellant.—Motion denied on condition that appellant perfect the appeal, place the case on the May calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

Jessie Campbell, Respondent, v. Walter W. Taylor, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

The City of New York, Respondent, v. Jamaica Water Supply Company, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ. Order to be settled on notice before Mr. Justice Kelly.

In the Matter of the Application of Paul A. Ajas for a Writ of Certiorari against the Board of Education of the City of New York and Others. —Motion denied, without costs, and without prejudice to the right to raise the question on the hearing on the return of the writ. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

Louis Leone, Respondent, v. Larchmont Water Company, Appellant.